STEPHAN C. VOLKER (CSB #63093)  10.524.02
JOSHUA A. H. HARRIS (CSB #226898)
DANIEL GARRETT-STEINMAN (CSB #269146)
M. BENJAMIN EICHENBERG (CSB #270893)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:    510/496-0600
Fax:   510/496-1366

Attorneys for Plaintiffs
PACIFIC COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS and SAN FRANCISCO CRAB BOAT
OWNERS ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Proposed Defendants-Intervenors. | Civ. No. 1:12-cv-01303 LJO-MJS<br>**ORDER GRANTING PERMISSIVE INTERVENTION ON MERITS AND INTERVENTION AS OF RIGHT ON REMEDIES PURSUANT TO STIPULATION**<br>**(ECF No. 11)**<br><br>Magistrate Judge  Hon. Michael J. Seng<br>Courtroom 6 |

GOOD CAUSE APPEARING from the Stipulation (ECF No. 29) of Plaintiffs and Proposed Defendant-Intervenors Westlands Water District, San Luis Water District and Panoche Water District (collectively "Westlands") regarding intervention by Westlands, filed concurrently with this [Proposed] Order, and the Federal Defendants' Response to Motion to Intervene (ECF No. 25), reflecting their non-opposition to intervention,

IT IS HEREBY ORDERED that Westlands Water District, San Luis Water District, and Panoche Water District (collectively, "Westlands") are granted: 1) permissive intervention for

1  all claims on the merits in this action; and, 2) intervention as of right for all claims in any
2  remedial proceedings in this action.  Westlands shall file its Answer in Intervention or other
3  responsive pleading within twenty one days of the date of this Order.

10 IT IS SO ORDERED.

11 Dated:     September 12, 2012            /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE