STEPHAN C. VOLKER (CSB #63093)
JOSHUA A. H. HARRIS (CSB #226898)
DANIEL GARRETT-STEINMAN (CSB #269146)
M. BENJAMIN EICHENBERG (CSB #270893)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:    510/496-0600
Fax:   510/496-1366

10.524.02

Attorneys for Plaintiffs
PACIFIC COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS and SAN FRANCISCO CRAB BOAT
OWNERS ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Proposed Defendants-Intervenors. | Civ. No. 1:12-cv-01303 LJO-MJS<br>**ORDER GRANTING PERMISSIVE INTERVENTION ON MERITS AND INTERVENTION AS OF RIGHT ON REMEDIES PURSUANT TO STIPULATION**<br>**(ECF No. 11)**<br><br>Magistrate Judge  Hon. Michael J. Seng<br>Courtroom 6 |

GOOD CAUSE APPEARING from the Stipulation (ECF No. 29) of Plaintiffs and Proposed Defendant-Intervenors Westlands Water District, San Luis Water District and Panoche Water District (collectively "Westlands") regarding intervention by Westlands, filed concurrently with this [Proposed] Order, and the Federal Defendants' Response to Motion to Intervene (ECF No. 25), reflecting their non-opposition to intervention,

IT IS HEREBY ORDERED that Westlands Water District, San Luis Water District, and Panoche Water District (collectively, "Westlands") are granted: 1) permissive intervention for

1  all claims on the merits in this action; and, 2)  intervention as of right for all claims in any
2  remedial proceedings in this action.  Westlands shall file its Answer in Intervention or other
3  responsive pleading within twenty one days of the date of this Order.

10 IT IS SO ORDERED.

11 Dated:     September 12, 2012            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PERMISSIVE
INTERVENTION                              - ii -              Case No. 1:12-cv-01303-LJO-MJS