UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> KENNETH SALAZAR, Secretary of the United States Department of the Interior, et al., <br><br>           Defendants. <br>_____/ | No. 2:12-cv-00001-MCE-GGH <br><br><br><br><br> **NON-RELATED CASE ORDER** |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br>           Defendants. <br>_____/ | No. 1:12-cv-01303-LJO-MJS |

      The court has received the Notice of Related Cases concerning the above-captioned cases filed August 29, 2012. See Local Rule 123, E.D. Cal. (1997).

1

1  The court has determined, however, that it is inappropriate to
2  relate or reassign the cases, and therefore declines to do so.
3  This order is issued for informational purposes only, and shall
4  have no effect on the status of the cases, including any previous
5  Related (or Non-Related) Case Order of this court.
6      IT IS SO ORDERED.

Dated: October 1, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE