1    STEPHAN C. VOLKER (CSB #63093)                          10.524.02
     JOSHUA A. H. HARRIS (CSB #226898)
2    DANIEL GARRETT-STEINMAN (CSB #269146)
     M. BENJAMIN EICHENBERG (CSB #270893)
3    LAW OFFICES OF STEPHAN C. VOLKER
     436 14th Street, Suite 1300
4    Oakland, California 94612
     Tel:    510/496-0600
5    Fax:    510/496-1366

6    Attorneys for Plaintiffs
     PACIFIC COAST FEDERATION OF FISHERMEN'S
7    ASSOCIATIONS and SAN FRANCISCO CRAB BOAT
     OWNERS ASSOCIATION, INC.
8
                     IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   PACIFIC COAST FEDERATION OF          )   Civ. No. 1:12-cv-01303 LJO-MJS
     FISHERMEN'S ASSOCIATIONS and SAN     )
12   FRANCISCO CRAB BOAT OWNERS           )   STIPULATION REQUESTING COURT
     ASSOCIATION, INC.,                   )   ORDER ALLOWING THE FILING OF
13                                        )   FIRST AMENDED COMPLAINT AND
                    Plaintiffs,           )   SETTING A BRIEFING SCHEDULE FOR
14                                        )   MOTIONS TO DISMISS; ORDER THEREON
           v.                             )
15                                        )
     UNITED STATES DEPARTMENT OF THE      )   Magistrate Judge  Hon. Michael J. Seng
16   INTERIOR, and UNITED STATES          )
     BUREAU OF RECLAMATION,               )
17                                        )
                    Defendants,           )
18                                        )
     WESTLANDS WATER DISTRICT, SAN        )
19   LUIS WATER DISTRICT, and PANOCHE     )
     WATER DISTRICT,                      )
20                                        )
                    Defendants-Intervenors. )
21   _____ )

22          The parties hereby stipulate to the filing to plaintiffs' proposed First Amended Complaint and to

23   the following schedule for the filing and briefing of defendants' motions to dismiss and based thereon,

24   respectfully request this Court's Order approving this Stipulation:

25          1.      Defendants and defendant-intervenors do not oppose the filing of the First Amended

26   Complaint as proposed by plaintiffs in their motion to amend, filed October 26, 2012.  Accordingly, the

27   Court may order that the First Amended Complaint be filed.

28          2.      The First Amended Complaint moots defendants' and defendant-intervenors' motions to

1   dismiss the original Complaint.  Those motions were filed on September 12, 2012, and October 4,

2   2012, respectively.  The Court vacated the hearing on those motions on October 29, 2012.

3          3.     Defendants shall file their motions to dismiss plaintiffs' First Amended Complaint on or

4   before December 19, 2012.

5          4.     Plaintiffs shall file their oppositions to defendants' motions to dismiss on or before January

6   10, 2013.

7          5.     Defendants shall file their optional replies, if any, to plaintiffs' opposition on or before

8   January 24, 2013.

9          6.     The Court shall hear defendants' motions to dismiss on or after January 31, 2013.

10         IT IS SO AGREED AND STIPULATED.

11  Dated:  November 30, 2012          LAW OFFICES OF STEPHAN C. VOLKER

12                                     s/ *Stephan C. Volker*
                                       STEPHAN C. VOLKER
13                                     Attorney for Plaintiffs

14  Dated:  November 30, 2012          UNITED STATES DEPARTMENT OF JUSTICE

15                                     s/ *Joseph H. Kim* (by S. Volker with permission)
                                       JOSEPH H. KIM
16                                     Attorney for Federal Defendants

17  Dated:  November 30, 2012          ORRICK, HERRINGTON & SUTCLIFFE, LLP

18                                     s/ *Cynthia J. Larsen* (by S. Volker with permission)
                                       CYNTHIA J. LARSEN
19                                     Attorney for Defendants-Intervenors
                                       by S. Volker with permission
20

21                                     **ORDER**

22         Pursuant to the parties' Stipulation, this Court adopts the proposed filing and briefing

23  schedule and will consider the motions on the record without a hearing, unless this Court orders

24  otherwise.

25         IT IS SO ORDERED.

26  **Dated:     December 3, 2012          /s/ Lawrence J. O'Neill**
                                         **UNITED STATES DISTRICT JUDGE**
27

28