# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES BUREAU OF RECLAMATION, <br><br> Defendants, <br><br> and <br><br> WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT, <br><br> Intervenor-Defendants. | CASE NO.  1:12-CV-01303-LJO-MJS <br><br> **ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS (Doc.70)** |

  The United States of America has moved for a stay of the above-captioned case in light of the federal government shutdown. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Counsel for the United States has represented that Plaintiffs and Defendant Intervenors do not oppose a stay under the circumstances.

  Accordingly, IT IS HEREBY ORDERED that:

    (1) This action is STAYED until funding for Federal Defendants and their attorneys is restored;

(2) All pending deadlines, including the deadlines related to the scheduled cross motions for summary judgment, are EXTENDED for the exact number of days appropriations are unavailable.

**SO ORDERED**
**Dated: October 3, 2013**

                **/s/ Lawrence J. O'Neill**
                **United States District Judge**