1
2
3
4

# UNITED STATES DISTRICT COURT

5

## FOR THE EASTERN DISTRICT OF CALIFORNIA

6

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS and SAN
FRANCISCO CRAB BOAT OWNERS
ASSOCIATION, INC.,

                    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR and UNITED STATES BUREAU OF
RECLAMATION,

                    Defendants,

and

WESTLANDS WATER DISTRICT, SAN LUIS
WATER DISTRICT, and PANOCHE WATER
DISTRICT,

                    Intervenor-Defendants.

CASE NO.  1:12-CV-01303-LJO-MJS

**ORDER GRANTING FEDERAL
DEFENDANTS' UNOPPOSED
MOTION FOR A STAY IN LIGHT
OF LAPSE OF APPROPRIATIONS
(Doc.70)**

        The United States of America has moved for a stay of the above-captioned case in light of the

federal government shutdown. Absent an appropriation, Department of Justice attorneys and employees

of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property."

31 U.S.C. § 1342. Counsel for the United States has represented that Plaintiffs and Defendant

Intervenors do not oppose a stay under the circumstances.

        Accordingly, IT IS HEREBY ORDERED that:

                (1) This action is STAYED until funding for Federal Defendants and their attorneys is

        restored;

1

(2) All pending deadlines, including the deadlines related to the scheduled cross motions

for summary judgment, are EXTENDED for the exact number of days appropriations are

unavailable.

**SO ORDERED**
**Dated: October 3, 2013**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**