NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
CYNTHIA J. LARSEN (STATE BAR NO. 123994)
clarsen@orrick.com
MARTIN RUANO (STATE BAR NO. 258532)
mruano@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:   916-447-9200
Facsimile:   916-329-4900

Attorneys for Defendants-Intervenors
Westlands Water District, Panoche Water District and
San Luis Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATION and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Defendants-Intervenors. | Case No. 1:12-cv-01303-LJO-MJS<br><br>**STIPULATION OF PARTIES REGARDING BILL OF COSTS FILED BY DEFENDANTS-INTERVENORS WESTLANDS WATER DISTRICT, PANOCHE WATER DISTRICT AND SAN LUIS WATER DISTRICT AND ORDER THEREON**<br><br>Courtroom: 4<br>Judge:     Hon. Lawrence J. O'Neill |

/ / /

/ / /

/ / /

/ / /

Defendants-Intervenors Westlands Water District, San Luis Water District and Panoche Water District (collectively, "Intervenors") and Plaintiffs Pacific Coast Federation of Fishermen's Associations and San Francisco Crab Boat Owners Association, Inc. ("Plaintiffs") hereby stipulate and agree to the following, and respectfully request this Court's order approving this stipulation:

1. On or about February 20, 2014, Intervenors filed its Bill of Costs [Docket No. 90] pursuant to Local Rule 292(b) based on the Court's Judgment entered on February 6, 2014 [Docket No. 89].

2. Thereafter Counsel for Plaintiffs and Intervenors met and conferred electronically and have resolved all issues with regard to the bill of costs filed by Intervenors.

3. Accordingly, Plaintiffs and Intervenors hereby stipulate and agree that the Bill of Costs submitted by Intervenors has been resolved between them, that no costs shall be taxed by the Court pursuant to the Intervenors' Bill of Costs, and that it shall be deemed withdrawn.

Dated: February 28, 2014    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Cynthia J. Larsen
Cynthia J. Larsen
Attorneys for Defendants-Intervenors

Dated: February 28, 2014    LAW OFFICES OF STEPHAN C. VOLKER

By: /s/ Stephan C. Volker (as authorized on 2/28/14)
Stephan C. Volker
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  **March 3, 2014**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE