STEPHAN C. VOLKER (CSB #63093)
DANIEL GARRETT-STEINMAN (CSB #269146)
M. BENJAMIN EICHENBERG (CSB #270893)
JAMEY M. B. VOLKER (CSB # 273544)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:    510/496-0600
Fax:   510/496-1366

Attorneys for Plaintiffs
PACIFIC COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS and SAN FRANCISCO CRAB BOAT
OWNERS ASSOCIATION, INC.

10.524.02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, <br><br> Defendants, <br><br> WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT, <br><br> Defendant-Intervenors. | Civ. No. 1:12-CV-01303-LJO-MJS <br><br> **PLAINTIFFS PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS AND SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.'S NOTICE OF APPEAL TO COURT OF APPEALS FOR THE NINTH CIRCUIT** |

PLEASE TAKE NOTICE that plaintiffs PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC. hereby appeal to the United States Court of Appeals for the Ninth Circuit, pursuant to 28 U.S.C. section 1291 and Rule 3(a), Federal Rules of Appellate Procedure, from the District Court's (1) Memorandum Decision and Order re Motions to Dismiss filed March 8, 2013, (2) Memorandum Decision and Order re Cross-Motions for

Summary Judgment filed February 6, 2014, and resulting (3) Judgment filed February 6, 2014.

The parties to the Orders and Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. Counsel for plaintiffs and appellants PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC. is Stephan C. Volker, Daniel Garrett-Steinman, Jamey M.B. Volker and M. Benjamin Eichenberg of the Law Offices of Stephan C. Volker, 436 14th Street, Suite 1300, Oakland, California 94612-2717, Tel: (510) 496-0600; emails: svolker@volkerlaw.com, dgarrett@volkerlaw.com, jvolker@volkerlaw.com and mbeichenberg@volkerlaw.com.

2. Counsel for the Federal Defendants UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION is Joseph H. Kim, U.S. Department of Justice, ENRD/NRS, P.O. Box 7611, Washington, D.C. 20044, Tel: 202) 305-0207; email: joseph.kim@usdoj.gov

. 3. Counsel for Intervenor-Defendants Westlands Water District, San Luis Water District, and Panoche Water District are Cynthia J. Larsen, Martin Ruano, Norman C. Hile, Orrick, Harrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento, CA 95814, Tel: (916) 329-7970, emails: clarsen@orrick.com, mruano@orrick.com, and nhile@orrick.com.

A copy of the Court's (1) Memorandum Decision and Order re Motions to Dismiss filed March 8, 2013, (2) Memorandum Decision and Order re Cross-Motions for Summary Judgment filed February 6, 2014, and resulting (3) Judgment filed February 6, 2014 are annexed hereto.

Dated: March 18, 2014    Respectfully submitted,

s/ *Stephan C. Volker*
Attorney for Plaintiffs PACIFIC COAST
FEDERATION OF FISHERMEN'S ASSOCIATIONS
and SAN FRANCISCO CRAB BOAT OWNERS
ASSOCIATION, INC.
Email: svolker@volkerlaw.com

# CERTIFICATE OF SERVICE

I, Teddy Ann Fuss, am a citizen of the United States. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Stephan C. Volker, 436 14th Street, Suite 1300, Oakland, California 94612.

On March 18, 2014, I served the following document described as:

**PLAINTIFFS PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS AND SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.'S NOTICE OF APPEAL TO COURT OF APPEALS FOR THE NINTH CIRCUIT**

a true copy of the above-described document in the following manner

**BY ELECTRONIC FILING**

I arranged for the electronic filing of the above-described documents with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the email addresses registered in the above entitled action.

I declare that the foregoing is true and correct and that this Certificate of Service was executed on March 18, 2014 at Oakland, California.

s/ *Stephan C. Volker*