# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, ET AL, <br><br> Defendants. | No. 2:12-cv-00001-MCE-GGH <br> No. 1:16-cv-00307-LJO-EPG <br> No. 1:12-cv-01303-LJO-MJS <br><br> **NON-RELATED CASE ORDER** |

The Court has received the Notice of Related Cases filed on April 7, 2016 (ECF No. 17). See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: April 25, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1