IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,**<br><br>Defendants,<br><br>and<br><br>**WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,**<br><br>Defendant-Intervenors. | CASE NO.  1:12-CV-01303-LJO-MJS<br><br>**AMENDED JUDGMENT AFTER APPEAL AND REMAND** |

Pursuant to the remand instructions contained in the Amended Memorandum filed by the United States Court of Appeals for the Ninth Circuit on July 25, 2016, [ECF No. 102] this Court's Memorandum of Decision and Order Re Cross Motions for Summary Judgment filed February 6, 2014, granting summary judgment in favor of defendants, [ECF No. 88] and the judgment entered thereon [ECF No. 89] ("Order and Judgment") are VACATED IN PART. For the reasons set forth in the remand instructions:

(1) As to the First Claim for Relief in Plaintiffs' First Amended Complaint ("FAC"), filed December 4, 2012 [ECF No. 47], Judgment is hereby entered:

    a. In favor of Plaintiffs and against Federal Defendants and Defendant-Intervenors with respect to Plaintiffs' claim that the no-action alternative in Federal Defendants' Environmental Assessment ("EA") is unlawful;

    b. In favor of Plaintiffs and against Federal Defendants and Defendant-Intervenors with respect to Plaintiffs' claim that Federal Defendants' EA unlawfully fails to give full and meaningful consideration to an alternative reducing maximum contract quantities;

    c. Against Plaintiffs and in favor of Federal Defendants and Defendant-Intervenors with respect to all other aspects of Plaintiffs' First Claim for Relief in the FAC;

(2) As to the Second Claim for Relief the FAC, Judgment is hereby entered against Plaintiffs and in favor of Federal Defendants and Defendant-Intervenors;

(3) Defendants are hereby directed to proceed in a manner consistent with the conclusions of the Amended Memorandum in any future EA for an interim contract renewal; and

(4) This Court retains jurisdiction over Plaintiffs' claims for costs and attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

Dated: **August 29, 2016**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE